# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVITARPAL SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO LESESNE III, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00733-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF PARTIES<br><br>(ECF No. 12) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the August 19, 2015 scheduling order is amended as follows:

　　　　1.　　Expert Disclosure:  May 30, 2016;

　　　　2.　　Supplemental Expert Disclosure:  June 27, 2016; and

　　　　3.　　Expert Discovery:  July 11, 2016.

IT IS SO ORDERED.

Dated:   **May 9, 2016**　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1