**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVITARPAL SINGH,<br><br>   Plaintiff,<br><br> vs.<br><br>ALFONSO LESESNE III, STEVENS TRANSPORT INC., and Does 1 through 25, inclusive,<br><br>   Defendants, | No. 1:15-cv-00733-SAB<br><br>**ORDER RE STIPULATION TO EXTEND THE DEADLINE FOR SUPPLEMENTAL EXPERT REPORTS AND REBUTTAL EXPERTS**<br><br>**(ECF No. 14)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Pavitarpal Singh and Defendants, Alfonso Lesesne III and Stevens Transport, by and through their respective counsel, that the deadlines for Supplemental Expert Witness Reports and Rebuttal Experts be extended until July 21, 2016.  In addition, the last day for expert discovery is extended twenty five (25) days to August 5, 2016.  The parties believe that good cause exist based on the declaration of Nathan S. Miller included herewith.

**IT IS SO STIPULATED.**          **MILLER & AYALA, LLP**

Date: June 27, 2016            /s/ Nathan S. Miller
                     Nathan S. Miller, Attorneys for Plaintiff

Date:  June 22, 2016            /s/Quentin Cedar
                     Quentin Cedar, Attorney for Defendants

**DECLARATION OF NATHAN S. MILLER**

I, NATHAN S. MILLER, hereby declare as follows:

1. I am an attorney at law duly appointed to practice law in all courts in the State of California.

2. I make this declaration of my own personal knowledge, and if called as a witness, I could and would competently testify as set forth below.

3. I am a partner with the law firm if Miller & Ayala, LLP and attorney of record for Plaintiff herein and make this declaration in support of the parties Stipulation to Extend the Date for Supplemental Expert Reports and Rebuttal Experts.

4. The parties believe that good cause exist because Plaintiff and Defendants have a mediation set for June 24, 2016, at which time they are hopeful that they will be able to resolve this case without the need to incur additional expenses on experts. In addition, the Plaintiff and Defendants are in the process of executing a stipulation regarding liability which will obviate the need for experts relating to liability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Fresno, California on this 22 day of June, 2016.

/s/ Nathan S. Miller
Nathan S. Miller, Attorneys for Plaintiff

\\\
\\\
\\\
\\\
\\\

2

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff and Defendants' Exchange for Supplemental Expert Reports and Rebuttal Expert Witnesses shall be extended until July 21, 2016. In addition, the last day for expert discovery is extended twenty five (25) days to August 5, 2016.

IT IS SO ORDERED.

Dated:   **June 27, 2016**

UNITED STATES MAGISTRATE JUDGE

3