# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVITARPAL SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO LESESNE III, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00733-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF No. 16) |

On August 5, 2016, the parties filed a stipulation that this action is to be dismissed with prejudice pursuant to a settlement agreement.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice and and the Clerk of the Court is directed to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **August 11, 2016**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1